UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

RIGOBERTO JESUS CONTRERAS,

    Petitioner,

v.

JEFFERY UTTECHT,

    Respondent.

CASE NO. C14-5705 BHS

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable David W. Christel, United States Magistrate Judge. Dkt. 22. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

(1) The R&R is **ADOPTED**;

(2) Petitioner's petition for habeas corpus (Dkt. 1) is **DISMISSED with prejudice**;

(3) A certificate of appealability is **DENIED**; and

(4) This case is closed.

Dated this 21st day of July, 2015.

*[signature]*

BENJAMIN H. SETTLE
United States District Judge

ORDER